# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LOVE COOPER AND CHARISSE COOPER,<br><br>　　　　Plaintiffs<br><br>v.<br><br>STATE OF NEVADA,<br><br>　　　　Defendant | Case No.: 2:20-cv-02215-APG-VCF<br><br>**Order Remanding Case** |

　　　Plaintiffs Love Cooper and Charisse Cooper removed this action from Nevada Justice Court, but the underlying case is a criminal complaint for misdemeanors. ECF No. 1-1 at 3-6. The plaintiffs do not identify a basis for removal of a criminal complaint from state court to federal court.

　　　I THEREFORE ORDER that the case is remanded to the state court from which it was removed for all further proceedings.  The clerk of the court is instructed to close this case.

　　　DATED this 10th day of December, 2020.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE